IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LARSON ELECTRONICS, LLC, *et al.*<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:19-CV-02401-N |

**STIPULATION OF DISMISSAL**

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") and Defendant Larson Electronics, LLC ("Larson Electronics") have hereby stipulate, pursuant to the Parties' Settlement Agreement effective June 24, 2020, this action be dismissed.  DS SolidWorks' claims set forth in the Complaint shall be dismissed <u>with prejudice</u>, and Larson Electronics' counterclaims shall be dismissed <u>without prejudice</u>.  Each party shall bear its own attorneys' fees and costs.

Approved and Jointly Submitted,

HARNESS, DICKEY & PIERCE, P.L.C.

By: /s/ Glenn E. Forbis
Glenn E. Forbis (*Pro Hac Vice*)
5445 Corporate Drive, Suite 200
Troy, MI  48098
248-641-1600
gforbis@hdp.com

FISH & RICHARDSON P.C.

By: /s/ Lance Wyatt         (with consent)
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
Lance Wyatt
wyatt@fr.com

1

| | |
|---|---|
| John T. Mockler<br>Harness, Dickey & Pierce, P.L.C.<br>2801 Network Boulevard<br>Suite 600<br>Frisco, TX  75034<br>469-777-5433<br>jmockler@hdp.com<br><br>*Counsel for Plaintiff Dassault Systémes SolidWorks Corporation* | Texas Bar No. 24093397<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>(214) 747-5070 – Telephone<br>(214) 747-2091 – Facsimile<br><br>*Counsel for Defendant Larson Electronics, LLC* |

24781174